FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BANNER FURNACE AND FUEL INC, a Washington corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>PACIFIC PRIDE SERVICES LLC, a Delaware corporation and wholly owned subsidiary of Corpay Technologies Operating Company, LLC; and CORPAY TECHNOLOGIES OPERATING COMPANY LLC, a Washington foreign limited liability company,<br><br>　　　　　　Defendants. | NO. 2:25-CV-00103-RLP<br><br>ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE |

　　Before the Court is the parties' Stipulation for Dismissal with Prejudice, ECF No. 13. The parties stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party. Pursuant to FRCP 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a

ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE * 1

stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulation for Dismissal with Prejudice, **ECF No. 13**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED** with prejudice, without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, close the file, and provide copies to the parties.

DATED January 6, 2026.

_____
REBECCA L. PENNELL
United States District Judge